# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159874(61)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SUSAN REAUME,
      Plaintiff-Appellant,

v

SC: 159874
COA: 341654
Ottawa CC: 17-004964-AA

TOWNSHIP OF SPRING LAKE,
      Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of the plaintiff-appellant to extend the time for filing her supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before February 5, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2019



Clerk